UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAVANNI M. BAUMANNS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FCA US, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 21cv1054-JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br>**[ECF NO. 7]** |

On June 30, 2021, the parties filed a "Joint Stipulation to Continue July 8, 2021 Early Neutral Evaluation Conference and Case Management Conference." (ECF No. 7.) They ask the Court to continue the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") currently scheduled for July 8, 2021, at 2:00 p.m., as well as all associated deadlines by at least sixty days. (Id. at 2-3.) In support, the parties state that Plaintiff disputes jurisdiction, will soon be filing a Motion for Remand, and the motion may change the posture of the case. (Id. at 2.)

The Court notes that on July 1, 2021, Plaintiff filed a "Motion to Remand." (ECF No. 8.) Having considered the parties' joint motion to continue ENE and CMC, the Court finds good cause and **GRANTS** the motion. Accordingly, the Court **VACATES** the ENE and CMC currently scheduled for **July 8, 2021**, at **2:00 p.m.**, as well as all associated

1

deadlines, pending the District Judge's ruling on Plaintiff's Motion to Remand [ECF No. 8]. If the case is not remanded, the parties are **ORDERED** to contact the chambers of Judge Berg within **five (5) business days** of the District Judge's ruling on the Motion to Remand to reset the dates for ENE and CMC.

**IT IS SO ORDERED**.

Dated: July 1, 2021

Honorable Michael S. Berg
United States Magistrate Judge