UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAVANNI M. BAUMANNS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC; and Does 1 through 10,<br><br>Defendants. | Case No.: 21-CV-1054 JLS (MSB)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 8) |

Presently before the Court is Plaintiff Giavanni M. Baumanns's Motion to Remand (ECF No. 8). On its own motion, the Court **VACATES** the hearing scheduled for August 5, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: July 30, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge