UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAVANNI M. BAUMANNS, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>FCA US LLC; and Does 1 through 10,<br><br>         Defendants. | Case No.: 21-CV-1054 JLS (MSB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO RESOLVE ATTORNEY FEES, COSTS, AND EXPENSES; AND (2) DENYING MOTION FOR ATTORNEY FEES AS MOOT**<br><br>(ECF Nos. 26, 28) |

   Presently before the Court is the Parties' Joint Motion to Resolve Attorney Fees, Costs, and Expenses & Request for Entry of Judgment ("Joint Mot.," ECF No. 28). The Parties have stipulated that "[Defendant] will pay $25,000 to resolve the attorney fees, costs, and expenses in this matter within 60 days." Joint Mot. at 1. This agreement is "in lieu of Plaintiff's Motion for Attorney Fees and Bill of Costs, filed March 22, 2022 . . . or Plaintiff otherwise requesting fees, costs, or expenses[.]" *Id.* The Parties request that the Court enter judgment in the amount of $25,000 in connection with Defendant's agreement for payment of fees, costs, and expenses and vacate the hearing on Plaintiff's Motion for Attorney Fees (ECF No. 26) currently scheduled for April 28, 2022. *Id.* Good cause appearing, the Court **GRANTS** the Joint Motion.

1  The Court **AWARDS** Plaintiff attorneys' fees, costs, and expenses in the amount of
2  $25,000 to be paid within sixty (60) days of the date this order is electronically docketed.
3  The Clerk of the Court shall issue an amended judgment in this action that reflects the
4  award of attorneys' fees, costs, and expenses.  In light of the Parties' Joint Motion, the
5  Court **DENIES AS MOOT** Plaintiff's Motion for Attorney Fees (ECF No. 26).

**IT IS SO ORDERED.**

Dated:  April 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge