UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAVANNI M. BAUMANNS, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>FCA US LLC; and Does 1 through 10,<br><br>                              Defendants. | Case No.: 21-CV-1054 JLS (MSB)<br><br>**ORDER DISMISSING ACTION** |

On June 22, 2022, the Court ordered the Parties to file a joint status report or a joint motion to dismiss (the "Order," ECF No. 31). The Court noted that it has entered Judgment in this matter (ECF No. 24) and granted the Parties' Joint Motion to Resolve Attorney Fees, Costs, Expenses (ECF No. 29). The Parties stipulated that Defendant FCA US LLC would pay Plaintiff to resolve the attorney fees, costs, and expenses in this matter within sixty days of the Court granting the Joint Motion. ECF No. 28 at 2. It has been 89 days since the Court granted the Parties' joint motion and issued an amended judgment, and neither Party has made any subsequent filings in this action. *See generally* Docket.

Furthermore, the Court ordered Plaintiff to file a response to the Order within seven days. Although more than seven days have elapsed since the Order to Show Cause, the Parties have not filed a response. As the Parties have failed to comply with a Court Order,

1  the Court **DISMISSES WITHOUT PREJUDICE** this action.  The Clerk of the Court
2  shall close the file.
3      **IT IS SO ORDERED.**
4  Dated:  July 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge