| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | GIAVANNI M. BAUMANNS, | Case No.: 21-CV-1054 JLS (MSB) |
| 12 | Plaintiff, | |
| 13 | v. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 14 | FCA US, LLC; CARL BURGERS DODGE CHRYSLER JEEP RAM WORLD; and DOES 1 through 10, | |
| 15 | | (ECF No. 34) |
| 16 | Defendants. | |

Presently before the Court is Plaintiff Giavanni M. Baumanns and Defendant FCA US, LLC's Joint Stipulation for Dismissal with Prejudice ("Joint Stipulation," ECF No. 34). The Parties agree that the matters in dispute have been resolved and ask that the matter be "dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement." Joint Stipulation at 1–2. Good cause appearing, the Court **GRANTS** the Joint Stipulation and **DISMISSES WITH PREJUDICE** this action in its entirety. The Clerk of Court **SHALL** close the file.

/ / /

/ / /

/ / /

1      **IT IS SO ORDERED.**

2      Dated: September 15, 2022

3                                               *Janis L. Sammartino*
                                                Hon. Janis L. Sammartino
4                                               United States District Judge